USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCARLETT PAVLOVICH,

                Plaintiff,

-against-

AMANDA PALMER,

                Defendant.

---

1:25-cv-00969-MKV

ORDER TO SERVE OR SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this case on February 3, 2025 by filing a complaint. [ECF No. 1]. However, since then, she has not filed proof of service or taken any action to prosecute this case. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall serve Defendant and file proof of such service on the docket by June 6, 2025. If proof of service has not been filed by that date, and Plaintiff fails to show good cause why the time for service should be further extended, the Court will dismiss this case.

**Plaintiff is on notice that failure to comply with court orders and prosecute this case may result in dismissal with prejudice pursuant Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff, personally, is further on notice that she is ultimately responsible for prosecuting this case, which may be dismissed because of her chosen counsel's conduct**. *See Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962).

**SO ORDERED.**

                                                                     */s/ Mary Kay Vyskocil*

**Date:   May 19, 2025**                                       **MARY KAY VYSKOCIL**
        **New York, NY**                                    **United States District Judge**