UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCARLETT PAVLOVICH,<br><br>                Plaintiff,<br><br>-against-<br><br>AMANDA PALMER,<br><br>                Defendant. | C.A. NO. 1:25-CV-00969<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(2)** |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, that the Plaintiff will submit an unopposed motion for the dismissal without prejudice of *Pavlovich v. Palmer*, C.A. No. 1:24-CV-2135, pursuant to Rule 41(a)(2), with each party to bear its own costs and attorney fees to the U.S. District Court for the Southern District of New York;

PURSUANT TO STIPULATION, IT IS SO ORDERED. The above captioned case is dismissed without prejudice under Fed. R. Civ. Pro. Rule 41(a)(2), with each party to bear its own costs and fees.

Dated: May 29, 2025

By: */s/ Akiva M. Cohen*
   Akiva M. Cohen (AC2400)
   Thomas Neville (pro hac vice pending)
   Dylan Schmeyer (pro hac vice pending)
   KAMERMAN UNCYK SONIKER &
    KLEIN P.C.
   1700 Broadway
   New York, New York 10019
   Tel: (212) 400-4930
   tneville@kusklaw.com
   dschmeyer@kusklaw.com
   acohen@kusklaw.com
   *Attorneys for Plaintiff*

By: */s/ Daniel N. Marx*
Daniel N. Marx
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
dmarx@fickmarx.com
*Attorney for Defendant*

Dated: _____.     _____
                                            Mary Kay Vyskocil, United States District Court Judge