USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/3/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCARLETT PAVLOVICH,

             Plaintiff,

-against-

AMANDA PALMER,

             Defendant.

C.A. NO. 1:25-CV-00969

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(2)**

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, that the Plaintiff will submit an unopposed motion for the dismissal without prejudice of *Pavlovich v. Palmer*, C.A. No. 1:24-CV-2135, pursuant to Rule 41(a)(2), with each party to bear its own costs and attorney fees to the U.S. District Court for the Southern District of New York;

PURSUANT TO STIPULATION, IT IS SO ORDERED. The above captioned case is dismissed without prejudice under ~~Fed. R. Civ. Pro. Rule 41(a)(2),~~ Fed. R. Civ. P. 41(a)(1)(A) with each party to bear its own costs and fees.

Dated: May 29, 2025

By: _/s/ Akiva M. Cohen____
   Akiva M. Cohen (AC2400)
   Thomas Neville (pro hac vice pending)
   Dylan Schmeyer (pro hac vice pending)
   KAMERMAN UNCYK SONIKER &
    KLEIN P.C.
   1700 Broadway
   New York, New York 10019
   Tel: (212) 400-4930
   tneville@kusklaw.com
   dschmeyer@kusklaw.com
   acohen@kusklaw.com
   *Attorneys for Plaintiff*

By: _/s/ Daniel N. Marx_____
   Daniel N. Marx
   FICK & MARX LLP
   24 Federal Street, 4th Floor
   Boston, MA 02110
   (857) 321-8360
   dmarx@fickmarx.com
   *Attorney for Defendant*

The parties are on notice that pursuant to the Federal Rules of Civil Procedure, they did not need to request Court approval for plaintiff to voluntarily dismiss this case or for the parties to stipulate to dismissal. Nevertheless, IT IS HEREBY ORDERED that this case is dismissed without prejudice.
SO ORDERED.

Dated: __June 3, 2025_____.

_____
Mary Kay Vyskocil, United States District Court Judge